UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ) | |
| Plaintiff, ) | Civil Action No. AMD-01-CV-2320 |
| v. ) | |
| ROTHLIN AND WINDSOR CAPITAL MANAGEMENT, INC., *et. al.* ) | MOTION TO WITHDRAW COUNSEL FOR PLAINTIFF |
| Defendants. ) | HON. ANDRE M. DAVIS |

### ORDER

After having reviewed the *Motion to Withdraw as Counsel for Plaintiff* in the above-captioned action, the Court determines that the Motion should be granted.

Therefore,

The Court ORDERS that the *Motion to Withdraw as Counsel for Plaintiff* in the above-captioned action be, and hereby is granted and Larry Norton is no longer counsel in this action.

SIGNED  9/21    , 2001

ANDRE M. DAVIS
United States District Judge

Proposed Order submitted by

Stephen Humenik, Esq.
Bar Number 14682
Counsel for Plaintiff
(202) 418-5320
(202) 418-5531 (facsimile)