IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COMMODITY FUTURES  \*
TRADING COMMISSION
                                    \*
v.                                                    CIVIL NO. AMD-01-CV--2320
                                    \*
ROTHLIN & WINDSOR CAPITAL
MANAGEMENT, INC., *et. al*    \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the defendants' Unopposed Motion for Modification of Preliminary Injunction, it is, this 8th day of Nov., 2001, hereby

**ORDERED** that the motion is **GRANTED** and that the preliminary injunction previously issued in this case on August 8, 2001, is modified to permit the defendants to sell a 2001 Ford Pick-up Truck (VIN #1FTRW08L11KE89521) to Carmax for not less than $26,000.00. The Court further modifies the preliminary injunction to permit Allfirst Bank to accept two deposits – one of not less than $26,000.00 and the other of $110,000.00 into account number 970048240 from the defendants or their representatives. The defendants shall provide the Commodity Futures Trading Commission with documentation verifying the exact sales price of the aforementioned vehicle. All other aspects of the Court's order dated August 8, 2001 remain in full force and effect until further order of the Court.

_____
ANDRE M. DAVIS
United States District Judge

1