## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **COMMODITY FUTURES** \* | |
| **TRADING COMMISSION** \* | |
| v. \* | CIVIL NO. AMD-01-CV--2320 |
| \* | |
| **ROTHLIN & WINDSOR CAPITAL** | |
| **MANAGEMENT, INC.,** *et. al* \* | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### ORDER

Upon consideration of the defendants' Second Unopposed Motion for Modification of Preliminary Injunction, it is, this 19th day of Nov., 2001, hereby

**ORDERED** that the motion is **GRANTED** and that the preliminary injunction previously issued in this case on August 8, 2001, is modified to permit the defendants to liquidate the following two accounts:

| *Name of Institution* | *Account Name* | *Current Balance* |
|---|---|---|
| Bank of Forest Hills (Acct. 1123769) | Red Barn Investments, LLP | $17,408.01 |
| Scottrade Financial Services (Acct. 68938257) | Red Barn Investments, LLP | $129,466.25 |
| **TOTAL** | | $ 146,874.26 |

Both the Bank of Forest Hills and Scottrade Financial Services are authorized to release the funds to the Law Offices of Andrew C. White, LLC, (counsel for Peter Scott and Rothlin & Windsor Capital Management). These funds are to be placed into an escrow account by counsel for Peter Scott and Rothlin & Windsor Capital Management,



and distributed to the investors via certified mail, return receipt requested, restricted delivery, according to the following schedule:

| *Name* | *Amount* |
|---|---|
| Ronald Howell | $11,749.94 |
| George & Betty Rohrig | $5,874.98 |
| Wm. & Diane Davis | $11,749.94 |
| Paul & Linda Frank | $58,749.70 |
| Emery & Patrick Larson | $11,749.94 |
| Antonio Amato | $5,874.97 |
| Vincenzo Amato | $5,874.97 |
| Michael Poe | $5,874.97 |
| John Brazier | $5,874.97 |
| Mark Weldy | $5,874.97 |

The defendants are further ordered to deposit place $17,624.91 from the Red Barn Investment funds into Allfirst account 970048240 in the name of Rothlin & Windsor Capital Management. Allfirst Bank is authorized to accept such a deposit.

All other aspects of the Court's order dated August 8, 2001 remain in full force and effect until further order of the Court.

_____
ANDRE M. DAVIS
United States District Judge