LAW OFFICES OF ANDREW C. WHITE, LLC

201 North Charles Street, Suite 2600
Baltimore, MD 21201
Office: (410) 576-2200
Fax: (410) 576-2224
acw@andrewcwhite.com

January 30, 2002

Honorable Andre M. Davis
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re: *CFTC v. Rothlin & Windsor Capital Management, Inc.*
Case No. AMD-01-CV-2320

Dear Judge Davis:

    I am writing to request that the Court grant a slight modification of its order dated November 19, 2001, relating to the liquidation of funds invested with Mr. Peter Scott in a club known as Red Barn Investments, LLP. I have distributed all of the funds to the investors as set forth in Court's November 19th order. I noticed, however, that the check received from Scottrade Financial Services was for an amount $385.15 greater than the $129,466.25 anticipated in the November 19th order. I presume that the overage consists of interest accumulated on the account.

    I would like the Court's permission to distribute the $385.15 in excess funds to the Red Barn investors as follows:

*Proposed Distribution List*

| Name | Amount of Distribution |
|---|---|
| Bay Harbor Trading Co., Inc. | $ 46.23[1] |
| Ronald Howell | $30.82 |
| George & Betty Rohrig | $15.40 |
| Wm. & Diane Davis | $30.82 |

---

[1] To be deposited in Allfirst account 970048240 in the name of Rothlin & Windsor Capital Management.



Honorable Andre M. Davis
January 30, 2002
Page Two

| Name | Amount of Distribution |
|---|---|
| Paul & Linda Frank | $154.06 |
| Emery & Patrick Larson | $ 30.82 |
| Antonio Amato | $ 15.40 |
| Vincenzo Amato | $ 15.40 |
| Michael Poe | $ 15.40 |
| John Brazier | $ 15.40 |
| Mark Weldy | $ 15.40 |
| **TOTAL** | **$ 385.15** |

I have spoken with representatives of both the Commodity Futures Trading Commission and the Office of the Maryland Attorney General and they have authorized me to represent that they do not oppose this modification.

I can be reached at (410) 576-2200 if there are any problems or questions.

Respectfully submitted,

Andrew C. White

APPROVED                DENIED

This 6th day of Feb., 2002

ANDRE M. DAVIS
United States District Judge

FILED ____ ENTERED
LODGED ____ RECEIVED

FEB  6 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY