FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

2002 JUN 13  P 4: 49

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ) | Civil Action No. AMD 01 CV 2320 |
| Plaintiff, ) | |
| ) | _____ FILED  _____ ENTERED |
| v. ) | _____ LODGED  _____ RECEIVED |
| ) | |
| ROTHLIN AND WINDSOR CAPITAL ) | JUN 1 4 2002 |
| MANAGEMENT, INC., *et. al.* ) | |
| ) | AT BALTIMORE |
| ) | CLERK U.S. DISTRICT COURT |
| Defendants. ) | DISTRICT OF MARYLAND |
| ) | BY _____ DEPUTY |

**(proposed)**
**ORDER**

After having reviewed the *Motion to Withdraw as Counsel for Plaintiff* in the above-captioned action, the Court determines that the Motion should be granted.

Therefore,

The Court ORDERS that the *Motion to Withdraw as Counsel for Plaintiff* in the above-captioned action be, and hereby is granted and Leanna Saler is no longer counsel in this action.

SIGNED_____6/13/2002

_____
UNITED STATES DISTRICT JUDGE