UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

August 26, 2002

MEMORANDUM TO COUNSEL AND INTEREST PARTIES RE:

Commodity Futures Trading Commission v.
Rothlin and Windsor Capital Management, Inc.
Civ. No. AMD 01-2320

This case is closed on the court's docket. The recent filings have no effect whatsoever. This is true notwithstanding the fact the court agreed to retain continuing jurisdiction over this action for some purposes.

If the plaintiff expects to be permitted to file an amended complaint, then the plaintiff must file a proper motion for leave to reopen the case and for leave to file an amended complaint.

Despite the informal nature of this memorandum, it is an Order of Court and the clerk shall docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file