FILED                    ENTERED
LODGED                   RECEIVED

OCT 2 2 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

COMMODITY FUTURES                    *
   TRADING COMMISSION

                                             *

     v.                              *    **CIVIL NO. AMD-01-CV--2320**

                                             *

**ROTHLIN & WINDSOR CAPITAL**
   **MANAGEMENT, INC.,** *et. al*          *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## ORDER

    Upon consideration of the parties' Joint Motion to Modify Asset Freeze, it is, this

22ⁿᵈ day of Oct, 2002, hereby

    **ORDERED** that the joint motion is granted and that the asset freeze issued in this

case is modified to permit Allfirst bank to release $8,812.46 from the Rothlin and

Windsor Capital Management account at Allfirst Bank (Acct. #970048240) to be placed

in an escrow account for Cheryl Scott.

    **IT IS FURTHER ORDERED** that upon Cheryl Scott's compliance with all the

terms set out in her agreement with the Commodity Futures Trading Commission,

attached to the parties Joint Motion to Modify Asset Freeze, the Monitor shall transfer an

additional $8,812.45 to an escrow account held on behalf of Cheryl Scott.

    All other aspects of the asset freeze shall remain in full force and effect until

further order of the Court.

                                    _____

                                    ANDRE M. DAVIS
                                    United States District Judge

