IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COMMODITY FUTURES <br> TRADING COMMISSION | * |
| | * |
| v. | CIVIL NO. AMD-01-CV--2320 |
| | * |
| ROTHLIN & WINDSOR CAPITAL <br> MANAGEMENT, INC., *et. al* | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the defendants' Second Joint Motion to Modify Asset Freeze, it is, this 15th day of Nov., 2002, hereby

**ORDERED** that the motion is **GRANTED** and that the asset freeze currently in effect is modified to permit the defendants to sell the property more particularly described as 216 Nicholas Court Forest Hill, MD 21050 ("the Property") for an amount not less than $375,000, or an amount agreed upon by the Parties if the house is not sold within thirty (30) days of the contract for sale. The defendants are permitted to enter into a real estate sales contract with Coldwell Banker Residential Brokerage to sell the Property. Coldwell Banker Residential Brokerage will be entitled to collect a total commission for its services not to exceed of 6% (six percent) of the sales price. The Court also permits the normal and usual closing fees and costs to be paid from the seller's portion of proceeds at closing.

The Court further directs that the net proceeds of the sale of the Property be given to the Monitor for placement in the "Peter Scott Settlement Account."

1

The defendants shall provide the Commodity Futures Trading Commission and the Monitor with documentation verifying the exact sales price of the Property and identifying the fees and closing expenses to be deducted from the seller's funds at closing.

_____
ANDRE M. DAVIS
United States District Judge

2